| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Scalia, Antonin | 2. Court or Organization<br><br>Supreme Court of the U.S. | 3. Date of Report<br><br>05/15/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Supreme Court of the U.S.<br>One First Street, N.E.<br>Washington, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Honorary Member | U.S. Association of Constitutional Law |
| 2. Advisory Board Member | Temple University Law School Program in People's Republic of China |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Scalia, Antonin

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Duke University School of Law - Teaching | $2,500.00 |
| 2. 2009 | Penn State - Teaching | $10,000.00 |
| 3. 2009 | University of San Diego - Teaching | $7,500.00 |
| 4. 2009 | West Services, Inc. - Book advance and royalties | $121,535.77 |
| 5. 2009 | W.T. Woodson High School - Donation to charitable organization | $250.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Academy in Berlin | September 19-22 | Berlin, Germany | Speeches | Transportation, Food, and Lodging |
| 2. | Association of Business Trial Lawyers Los Angeles | March 10 | Los Angeles, CA | Speech | Transportation, Food |
| 3. | Creighton University | November 19-20 | Omaha, NE | Lecture | Transportation, Food, and Lodging |
| 4. | Duke University School of Law | January 29 | Durham, NC | Teaching | Transportation, Food, and Lodging |
| 5. | Federalist Society | April 14 | Albuquerque, NM | Lectures | Transportation, Food, and Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Scalia, Antonin | 05/15/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Government of the Republic of Poland | September 23-24 | Warsaw, Poland | Speech | Transportation, Food, and Lodging |
| 7. | Harvard Alumni Association of Brazil | May 14-15 | Brasilia, Brazil | Lectures | Transportation, Food, and Lodging |
| 8. | Institute of American and Talmudic Law | January 28 | New York, NY | Speech | Transportation, Food, and Lodging |
| 9. | Lund University | February 12 | Lund, Sweden | Lectures | Transportation, Food, and Lodging |
| 10. | Mentor Group | September 16-18 | Berlin, Germany | Speeches | Transportation, Food, and Lodging |
| 11. | Ohio State University | November 17 | Columbus, OH | Lecture | Transportation, Food, and Lodging |
| 12. | Palm Beach County Bar Association | February 3 | West Palm Beach, FL | Speech | Transportation, Food, and Lodging |
| 13. | Penn State | July 6-16 | Strasbourg, France | Teaching | Transportation, Food, and Lodging |
| 14. | Pepperdine University | March 9 | Malibu, CA | Lectures | Transportation, Food, and Lodging |
| 15. | Safari Club International | January 24 | Reno, NV | Speech | Transportation, Food, and Lodging |
| 16. | State Bar of Texas | June 26 | Dallas, TX | Speech | Transportation, Food, and Lodging |
| 17. | Town Hall Los Angeles | March 9 | Los Angeles, CA | Speech | Transportation, Food |
| 18. | Union League of Philadelphia | October 7 | Philadelphia, PA | Speech | Transportation, Food, and Lodging |
| 19. | University of Arizona | October 26 | Tucson, AZ | Lectures | Transportation, Food, and Lodging |
| 20. | University of Copenhagen | February 16 | Copenhagen, Denmark | Lecture | Transportation, Food, and Lodging |
| 21. | University of San Diego | September 1-2 | San Diego, CA | Teaching | Transportation, Food, and Lodging |
| 22. | William Carey University | April 6 | Hattiesburg, MS | Lecture | Transportation, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Bryan A. Garner | Dictionaries | $950.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. NW Mutual Life Insurance Company | Loan on insurance | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE·(No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | TIAA-CREF | C | Interest | L | T | | | | | |
| 2. | Chevy Chase Bank Account | A | Interest | M | T | | | | | |
| 3. | American Funds Washington Mutual Investors Fund A (AWSHX) | | None | | | Sold | 02/06/09 | J | | |
| 4. | American Funds American Mutual Fund A (AMRMX) | | None | | | Sold | 02/06/09 | J | | |
| 5. | Loomis Sayles Invest Grade Bond Fund (LSIIX) | B | Dividend | | | Sold (part) | 04/08/09 | K | | |
| 6. | | | | | | Sold | 04/23/09 | L | | |
| 7. | Vanguard Inflation Protected Securities Fund (VIPSX) | B | Dividend | M | T | Sold (part) | 04/23/09 | K | A | |
| 8. | | | | | | Buy (add'l) | 08/11/09 | J | | |
| 9. | Schwab Adv Cash Reserves (Money Market Fund) | A | Dividend | M | T | | | | | |
| 10. | American Funds Bond Fund of America 529FI (CFAFX) | A | Dividend | J | T | | | | | |
| 11. | American Funds Capital World Growth & Income 529FI (CWIFX) | A | Dividend | J | T | | | | | |
| 12. | American Funds Growth Fund of America 529FI (CGFFX) | A | Dividend | J | T | | | | | |
| 13. | American Funds Income Fund of America 529FI (CIMFX) | A | Dividend | J | T | | | | | |
| 14. | Calvert Global Alt Energy I (CAEIX) | | None | K | T | Sold (part) | 08/11/09 | J | | |
| 15. | CGM Realty Fund (CGMRX) | | None | | | Sold | 04/23/09 | J | | |
| 16. | Federated Prudent Bear Fund A (BEARX) | | None | | | Sold (part) | 02/18/09 | K | A | |
| 17. | | | | | | Sold (part) | 03/04/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold (part) | 03/12/09 | J | | |
| 19. | | | | | Sold (part) | 03/20/09 | K | | |
| 20. | | | | | Sold | 04/06/09 | K | | |
| 21. Harbor Bond Fund Inst (HABDX) | C | Dividend | L | T | Sold (part) | 04/08/09 | K | | |
| 22. | | | | | Buy (add'l) | 04/23/09 | J | | |
| 23. | | | | | Sold (part) | 08/11/09 | K | B | |
| 24. | | | | | Buy (add'l) | 09/28/09 | K | | |
| 25. Ivy Science & Technology (ISTIX) | | None | K | T | Buy (add'l) | 02/10/09 | J | | |
| 26. | | | | | Sold (part) | 04/23/09 | J | | |
| 27. Keeley Small Cap Value (KSCIX) | A | Dividend | K | T | Sold (part) | 08/11/09 | J | A | |
| 28. Oppenheimer Gold & Prec Metals (OPGSX) | A | Dividend | K | T | Sold (part) | 04/23/09 | J | B | |
| 29. | | | | | Sold (part) | 08/11/09 | J | A | |
| 30. TCW Total Return Bond (TGLMX) | D | Dividend | | | Buy (add'l) | 02/10/09 | J | | |
| 31. | | | | | Sold (part) | 04/08/09 | K | | |
| 32. | | | | | Buy (add'l) | 04/23/09 | J | | |
| 33. | | | | | Sold (part) | 08/11/09 | J | B | |
| 34. | | | | | Buy (add'l) | 09/28/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/09/09 | L | D | |
| 36. Templeton Global Bond (TGBAX) | B | Dividend | K | T | Sold (part) | 04/08/09 | K | A | |
| 37. | | | | | Sold (part) | 04/23/09 | K | A | |
| 38. Vanguard Short-Term Bond Fund (VBSSX) | B | Dividend | L | T | Sold (part) | 04/08/09 | K | A | |
| 39. | | | | | Buy (add'l) | 09/29/09 | K | | |
| 40. Vanguard Total Stock Market ETF (VTI) | A | Dividend | K | T | Buy (add'l) | 04/23/09 | K | | |
| 41. | | | | | Sold (part) | 08/11/09 | J | | |
| 42. | | | | | Sold (part) | 08/26/09 | K | | |
| 43. American Funds EuroPacific Growth F (AEGFX) | | None | | | Buy | 08/11/09 | K | | |
| 44. | | | | | Sold | 09/28/09 | K | B | |
| 45. Berkshire Hathaway Class B common shares (BRKB) | | None | K | T | Buy | 04/23/09 | K | | |
| 46. ING Fixed Index Annuity | | None | M | T | Buy | 04/17/09 | M | | |
| 47. PIMCO Stocks Plus Short Strategy (PSTIX) | | None | K | T | Buy | 11/10/09 | K | | |
| 48. SPDR Gold Trust ETF (GLD) | | None | L | T | Buy | 08/11/09 | J | | |
| 49. | | | | | Buy (add'l) | 08/26/09 | K | | |
| 50. | | | | | Sold (part) | 09/28/09 | J | A | |
| 51. | | | | | Buy (add'l) | 12/02/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells Fargo High Yield Bond (SHYYX) | B | Dividend | K | T | Buy | 04/23/09 | K | | |
| 53. Vanguard Emerging Market ETF (VWO) | | None | | | Buy | 08/11/09 | K | | |
| 54. | | | | | Sold | 09/28/09 | K | B | |
| 55. Vanguard Energy ETF (VDE) | A | Dividend | K | T | Buy | 04/23/09 | J | | |
| 56. | | | | | Buy (add'l) | 08/11/09 | J | | |
| 57. | | | | | Sold (part) | 09/28/09 | J | C | |
| 58. Vanguard Mid Cap ETF (VO) | A | Dividend | K | T | Buy | 04/09/09 | K | | |
| 59. | | | | | Buy (add'l) | 04/23/09 | J | | |
| 60. Trust#1 | D | Dividend | O | T | | | | | |
| 61. -CMA Money Fund (cash account) | | | | | | | | | |
| 62. -BlackRock Large Cap Core Fund Instl (MALRX) | | | | | Sold (part) | 01/06/09 | J | A | |
| 63. | | | | | Buy (add'l) | 04/24/09 | J | | |
| 64. | | | | | Sold (part) | 12/30/09 | J | A | |
| 65. -BlackRock Global Sm Cap Fd Instl (MAGCX) | | | | | Sold (part) | 01/06/09 | J | | |
| 66. | | | | | Buy (add'l) | 04/24/09 | J | | |
| 67. | | | | | Sold (part) | 12/30/09 | J | | |
| 68. -BlackRock Global Growth Instl (MAGGX) | | | | | Sold (part) | 01/06/09 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 04/24/09 | L | | |
| 70. -BlackRock Equity Dividend Instl (MADVX) | | | | | Buy (add'l) | 01/06/09 | J | | |
| 71. | | | | | Buy (add'l) | 04/24/09 | J | | |
| 72. | | | | | Sold (part) | 12/30/09 | J | | |
| 73. -BlackRock Global Allocation Instl (MALOX) | | | | | Sold (part) | 01/06/09 | K | C | |
| 74. | | | | | Sold (part) | 04/24/09 | J | A | |
| 75. | | | | | Sold (part) | 12/30/09 | J | C | |
| 76. -BlackRock Inflation Protected Bond Inst (BPRIX) | | | | | Buy (add'l) | 01/06/09 | J | | |
| 77. | | | | | Sold (part) | 04/24/09 | J | A | |
| 78. | | | | | Sold (part) | 12/30/09 | J | A | |
| 79. -BlackRock Bond Port Inst (PNBIX) | | | | | Buy (add'l) | 01/06/09 | J | | |
| 80. | | | | | Sold (part) | 04/24/09 | K | | |
| 81. | | | | | Sold (part) | 12/30/09 | J | | |
| 82. -BlackRock US Opportunities Port Inst (BMCIX) | | | | | Sold (part) | 01/06/09 | J | | |
| 83. | | | | | Sold (part) | 02/30/09 | J | | |
| 84. | | | | | Buy (add'l) | 04/24/09 | J | | |
| 85. -BlackRock Fundamental Growth Insl (MAFGX) | | | | | Buy | 04/24/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/30/09 | J | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544